NO. 01-14-00760-CR

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 26 2015

CHRISTOPHER A. PRINE
CLERK Cm

---

ISMAEL AGUILAR ALARCON
Appellant,

V.

THE STATE OF TEXAS
Appellee,

---

On Appeal From Cause Number 1225411
From The 185th District Court of Harris Cnty Texas

---

FIRST MOTION FOR EXTENSION OF TIME
TO FILE A BRIEF FOR APPELLANT

TO THE HONORABLE JUSTICES OF SAID COURT:
Movant REYNALDO FLORES, is an Entrepreneur Philanthropist, jailhouse Lawyer and Political Prisoner, Kidnapped at gun point by the Sex offender detective R. VARA [See JACK JEN O'NEAL Case, S.A.P.D. Sex offender officer] and the International Terrorist Organization "Texas County Judicial System". Movant is currently Kidnapped in the Texas Department of Criminal Justice, in retaliation for the unexpected outcome of the customary trickery-scheme and infested survival

in 2012 CR 1969, in which movant without defense counsel demonstrated by preponderance of evidence and acquittal to the fabricated double Jeopardy Indictment Offense of Aggravated Kidnapping and Sexual Assault, the flagrant Mockery to our MAGNA CARTA, and Modus Operandi of the Texas Judicial System; targeting our Immigrant Community, Mental ills, the Poor, Illiterate American Citizens, who conform the bulk of T.D.C.J., Therefore movant, Pursuant the U.S. Supreme Court holding in Johnson V. Avery, 393 U.S. 483, 89 S.Ct. 747, 21 L.Ed. 2d 718 (1969) Files this his Motion, on behalf of the illiterate Mexican Immigrant and, Appellant "ISMAEL ALARCON AGUILAR" and, in Support of this Motion would Show the Following:

A. Appellant was ambushed by his trial counsel who acted in cahoot with the State to obtain a 20 years draconian Conviction based in mere Texas rules and Statutes. See FLORES V. FOURTH COURT OF APPEAL JUSTICES ETAL U.S.D.C. S.D.TX No. 2:14-CV-283. See Juan RIVERA V. The STATE OF TEXAS, 952 S.W. 2d 24; 1997 Tex. APP. LEXIS 3702 No. 04-96-00576-CR.

B. On or about February 13th, 2015, this Honorable First Court of Appeals, abated this Appeal, Granting a Prose Motion to Obtain Clerk's Record and Reporter's Record in order to file an Appellant's Brief with the Proper Citation to the Records, Pursuant to Rules 39.1, 38.1 and 44.2 Tex.R. APP. Proc., Ordering the Trial Court Clerk to furnish the Appellant said records, no later than February 23d 2015, and Certify said delivery no Later than February 28th 2015.

C. The Record reflects that Movant, REYNALDO FLORES, being aware of the flagrant entrapment and Violation

of Appellant's Constitutional rights; On February 12th 2015 Movant Filed a Reply to both Appellee's Brief and or Appellant's Brief, which in fact confirm the undeniable cahoot, among both Trial and Appellate counsels, with the State; not solely due to the double jeopardy conviction to the multi duplicity charges to the indictment but also the violation to the whole Bill of Rights and treaties. Consequently, with the facts it's necessary this Court GRANT this Motion for Extension of time to file the Appellant's Brief. to, Sixty (60) from the date of the Trial Court Clerk's Certification, in order to challenge Appellant's Unconstitutional conviction, with the proper citation to the Records and or the undeniable "Plain Error" U.S. V. Olano, 507 U.S. 725, 731 (1993); See Puckett V. U.S., 556 U.S. 129, 133 (2009)

D. Finally this First Motion for Extension of time to 60 days is not sought with intentional delaying of this Appeal; rather than Protect the rights of both Parties.

## PRAYER FOR RELIEF

Because it is impossible to have a fair litigation without a proper Appellant's Brief and Citation to the Records. Movant and Appellant pray to this Court GRANT, this First Motion for Extension of time to file Appellant's Brief to Sixty (60) days from the date of the Trial Court Clerk's Certification

Reynaldo Flores No. 1912036
On behalf of Appellant.

01-14-00760-CR

## CERTIFICATE OF SERVICE

I, REYNALDO FLORES, Political Prisoner, Certify that on this date of February 20th, 2015, a truly and correct copy of the foregoing Instrument, First Motion for Extension of Time to File Appellant's Brief was transmitted to the Clerk of the First Court of Appeals at Houston 301 Fannin Street Houston Texas 77002-2066, Via U.S. Postal Service First Class, Pursuant to 18 U.S.C. § 1746.

On Appellant's behalf.

REYNALDO FLORES, NO. 1912036
On Appellant's behalf
ISMAEL AGUILAR ALARCON
NO. 1850811
COTULLA UNIT
610 FM 624
COTULLA TX 78014

ISMAEL AGUILAR ADAMICK
T.D.CT. NO. 1900811
COTULLA UNIT
610 FM 624
COTULLA, TX 78014

LEGAL MAIL

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 26 2015

CHRISTOPHER A. PRINE
CLERK

CLERK,
COURT OF APPEALS FIRST DISTRICT
301 FANNIN STREET
HOUSTON TEXAS 77002-2066
RE: 01-14-00960-CR